IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HARRY DIETER MUELLER, M.D.,** | ) | |
| | ) | **8:06CV1** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **COLUMBUS COMMUNITY HOSPITAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Report of Parties' Planning Conference (Filing No. 10). Therein, the parties request "the initial phases of discovery be delayed until the court decides the question of subject matter jurisdiction." Pending before the court is the defendant's motion to dismiss (Filing No. 8). Discovery in this matter shall be stayed pending the resolution of the pending motion to dismiss. Upon resolution of the motion to dismiss, the parties shall participate in a telephone planning conference with the undersigned magistrate judge. The defendant's counsel shall initiate the telephone conference **within ten (10) days following the resolution of the motion to dismiss**.

**IT IS SO ORDERED.**

DATED this 10th day of March, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge