IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARRY DIETER MUELLER, M.D.,<br><br>       Plaintiff,<br>  vs.<br><br>COLUMBUS COMMUNITY HOSPITAL, INC.,<br><br>       Defendant. | 8:06CV1<br><br>**ORDER** |

This matter is before the court following an order entered by the court giving the plaintiff thirty days to amend his complaint or face dismissal of the action. Filing No. 13. The court entered the order on May 30, 2006, and as of this date, plaintiff has not filed an amended complaint. Accordingly, the case will be dismissed.

IT IS, THEREFORE, ORDERED:

1. This case is dismissed; and

2. A separate judgment shall be entered in conjunction with this order.

DATED this 6th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge